# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129114 & (21)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MICHAEL ANTHONY CARROLL,
  Defendant-Appellant.

SC: 129114
COA: 259113
Genesee CC: 82-031970-FY

_____/

   By order of November 29, 2005, we directed the prosecutor to answer defendant's application. On order of the Court, the prosecutor having filed an answer, the application for leave to appeal the June 24, 2005 order of the Court of Appeals is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk

d0329